**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-00968-AP

Lyle C. Heim,

    Plaintiff,

    v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Teresa H. Abbott
3515 S. Tamarac Drive, Suite 200
Denver CO 80237
303-757-5000
303-689-9627 (facsimile)
abbott.teresa@gmail.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

M. Thayne Warner
Special Assistant United States Attorney
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
303-844-7273
303-844-0770 (facsimile)
thayne.warner@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- A. **Date Complaint Was Filed:** 4/4/14
- B. **Date Complaint Was Served on U.S. Attorney's Office:** 4/9/14
- C. **Date Answer and Administrative Record Were Filed:** 6/9/14

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters. This case <u>is not</u> on remand from a judicial decision.

**8. BRIEFING SCHEDULE**

- A. **Plaintiff's Opening Brief Due:** 7/28/14
- B. **Defendant's Response Brief Due:** 8/27/14
- C. **Plaintiff's Reply Brief (If Any) Due:** 9/12/14

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 23rd day of June, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Teresa H. Abbott | John F. Walsh |
| Teresa H. Abbott | United States Attorney |
| 3515 S. Tamarac Drive, Suite 200 | |
| Denver, CO 80237 | By: /s/ M. Thayne Warner |
| 303-757-5000 | Special Assistant United States Attorney |
| 303-689-9627 (facsimile) | 1961 Stout Street, Suite 4169 |
| Abbott.teresa@gmail.com | Denver, CO 80294-4003 |
| | 303-844-7273 |
| Attorney for Plaintiff | 303-844-0770 (facsimile) |
| | Thayne.Warner@ssa.gov |
| | |
| | Attorneys for Defendant |